FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC -8 PM 4: 18

DISTRICT OF UTAH

Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**Brandon Lamar Reese**<br>**Kenna Jo Reese**<br>SSN: XXX-XX-8258<br>SSN: XXX-XX-3540<br>Debtor(s). | Bankruptcy No. 09-27904 WTT |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on September 1, 2010, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 113 in the amount of $413.75 was sent to Lockhart Morris & Montgomery at the address on file with the Court. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on December 7, 2010.

DATED December 7, 2010

_____
Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\ReeseUnclaimedFunds.12.7.2010

1



## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

    Office of the United States Trustee
    Attn: Rayla Meyer
    Ken Garff Building
    405 South Main Street
    Suite 300
    Salt Lake City, UT  84111

    Brandon Lamar Reese & Kenna Jo Reese
    1753 West Bowling Avenue, #B26
    Taylorsville, UT 84119

    Linda D. Smith
    4885 South 900 East, Ste. 306
    Salt Lake City, UT 84117

*/s/ Renee Christensen*

T:\ReeseUnclaimedFunds.12.7.2010